IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH SIDE FOODS CORP.,<br>　　　　Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 06-1612 |
| BAG-PACK, INC.,<br>　　　　Defendant. | )<br>)<br>) | |

O R D E R

AND NOW, this 27th day of March, 2007, after the plaintiff, North Side Foods Corp., filed an action in the above-captioned case, and after a motion to strike or for partial dismissal was submitted by defendant, Bag-Pack, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 23), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to strike or for partial dismissal submitted on behalf of Defendant (Docket No. 17) is denied

　　　　　　　　　　　　　　　　　　/s/ Joy Flowers Conti
　　　　　　　　　　　　　　　　　　Joy Flowers Conti
　　　　　　　　　　　　　　　　　　United States District Judge